# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Edwards Gravel & Trucking LLC, | )<br>) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION**<br>) **FOR DISMISSAL WITH PREJUDICE** |
| vs. | )<br>) |
| Murex Petroleum Corporation, | )<br>) Case No. 4:13-cv-150 |
| Defendant. | ) |

Before the court is a "Stipulation for Dismissal with Prejudice" filed December 16, 2013. The court **ADOPTS** the stipulation (Docket No. 5) and **ORDERS** the above-captioned case dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court